UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **CV 26-9042-MWF(MBKx)** Date: November 05, 2026

Title ***Jiancai Lin v. Joseph B. Edlow, et al.***

Present: The Honorable: MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on August 13, 2026. (Docket No. 1). On August 14, 2026, Plaintiff filed a Request for Clerk to Issue Summons. (Docket No. 2). On August 17, 2026, Plaintiff filed two Proofs of Service. (Docket Nos. 12 and 13). On August 29, 2026, Plaintiff filed a First Amended Complaint. (Docket No. 14). It does not appear that Plaintiff has served the First Amended Complaint since it was filed after the two Proofs of Service. The time to serve the First Amended Complaint will expire on November 11, 2026.

The Court **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause ("OSC"), the Court will accept the following no later than **NOVEMBER 16, 2026**.

- By Plaintiff: Proof of Service of the Summons and First Amended Complaint. Plaintiff is warned that proof of service must satisfy the requirements of Federal Rule of Civil Procedure 4(i).

Any request by Plaintiff for an extension of time beyond the time limit set forth in Fed. R. Civ. P. Rule 4(m) will only be granted upon a showing of good cause, including, but not limited to, the date service was tendered to a process server and the date service was first attempted by the process server. Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **CV 26-9042-MWF(MBKx)** Date: November 05, 2026

Title ***Jiancai Lin v. Joseph B. Edlow, et al.***

timely file Proof of Service of the Summons and First Amended Complaint, or request an extension of time to do so, will result in the dismissal of this action**.**

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause by **November 16, 2026,** will result in the dismissal of this action.

IT IS SO ORDERED.

The Court notes that a party to this lawsuit does not have a lawyer. Parties in court without a lawyer are called "*pro se* litigants." These parties often face special challenges in federal court. Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012. *Pro se* litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270. Plaintiff is also encouraged to review the Self-Representation Order, filed by the Court at Docket No. 11.